STATE OF NEW JERSEY v. ROGER JAMES HOLT.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRES RIVERA.

April 19, 1989.

Petition for certification denied.

ROBERT CIAMPITTI, ET UX., ET AL. v. THE STATE
OF NEW JERSEY, BY THE DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

April 19, 1989.

Petition for certification denied.

ALBERT TROTTNOW, ET UX. v. MENAGERIE, INC., ETC., ET AL.

April 19, 1989.

Petition for certification denied.